# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WOODROW DAVID WILSON, | : | |
| Plaintiff, | : | Case No.  3:05CV318 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MONTGOMERY COUNTY, *et al*., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #35), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendations filed on October 20, 2006 (Doc. #35) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED without prejudice; and

3. The case is terminated on the docket of this Court.

November 9, 2006                               **s/THOMAS M. ROSE**

                                                              _____
                                                              Thomas M. Rose
                                                              United States District Judge